371 A.2d 509

Commonwealth v. New Jenkintown Dodge, Inc., Appellant.

Argued September 17, 1976. Louis Kassen, for appellant; Mark N. Cohen, Assistant Attorney General, with him Robert P. Kane, Attorney General, for Commonwealth, appellee.

Judgment of sentence affirmed.